**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00162-CV

### GREYSTAR, LLC, Appellant

### V.

### MELISSA ADAMS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06022**

## ORDER

Appellee Melissa Adam's motion to file separate appendix is **GRANTED** as to exhibits

B and C.  In all other respects, her motion is **DENIED**.  Exhibits B and C are deemed **FILED** on

March 18, 2014.

> /s/     MICHAEL J. O'NEILL
>          JUSTICE